SCANNED
DATE: 12/15/04
BY: [signature]

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALBERTO OCANA<br>　　　　Plaintiff,<br><br>v.<br><br>E.D.S. PERSONAL COMMUNICATIONS CORPORATION<br>　　　　Defendant. | Civil Action No. _____<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT E.D.S. PERSONAL COMMUNICATIONS CORP.** |

04 12607 JLT

Defendant E.D.S. PERSONAL COMMUNICATIONS CORPORATION pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure submits the following corporate disclosure statement:

1. The parent company of E. D. S. Personal Communications Corporation is Electronic Data Systems Corporation.

2. EDS Personal Communications Corporation merged with and into EDS Information Services L.L.C. on December 31, 2001, and as such, EDS Personal Communications Corporation no longer exists as a separate corporation.

3. Attached hereto as Exhibit 1 is a list of additional affiliates of parent company Electronic Data Systems Corporation and the former corporation known as EDS Personal Communications Corporation.

1

Respectfully submitted,

*[signature]*

Joseph P. McConnell (BBO # 566412)
jmcconnell@morganbrown.com
**Morgan, Brown & Joy LLP**
One Boston Place
Boston, Massachusetts 02108
617-523-6666 (Telephone)
617-367-3125 (Facsimile)


Martin T. Wymer (P43279)
mwymer@bakerlaw.com
Brett A. Wall (OH0070277)
bwall@bakerlaw.com
**BAKER & HOSTETLER LLP**
3200 National City Center
1900 East Ninth Street
Cleveland, OH  44114-3485
(216) 621-0200 (telephone)
(216) 696-0740 (facsimile)
*Pro Hac Vice* admission papers to be submitted

*Attorneys for Defendant EDS*


Date: December 13, 2004


### CERTIFICATE OF SERVICE

A true copy of the foregoing *Notice of Removal of Civil Action* was served upon Plaintiff's counsel Kevin G. Powers, Rogers, Powers & Schwartz L.L.P., via regular U.S. mail on the 13th day of December, 2004.

*[signature]*

Attorney for Defendant EDS