UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALBERTO OCANA<br>          Plaintiff,<br><br>v.<br><br>E.D.S. PERSONAL COMMUNICATIONS CORPORATION<br>          Defendant. | 04 CV 12607 (JLT)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Leah M. Moore, Esq. of the law firm of Morgan, Brown & Joy, LLP hereby serves her notice of appearance on behalf of Defendant E.D.S. Personal Communications Corporation and hereby requests that she be added to the list of those on whom electronic service of all Court notices in this action be made.

Respectfully submitted,

s/ Leah M. Moore_____
Joseph P. McConnell (BBO # 566412)
jmcconnell@morganbrown.com
Leah M. Moore (BBO # 658217)
lmoore@morganbrown.com
**Morgan, Brown & Joy LLP**
One Boston Place
Boston, Massachusetts 02108
617-523-6666 (Telephone)
617-367-3125 (Facsimile)


Martin T. Wymer (P43279)
mwymer@bakerlaw.com
Brett A. Wall (OH0070277)
bwall@bakerlaw.com
**BAKER & HOSTETLER LLP**
3200 National City Center
1900 East Ninth Street
Cleveland, OH  44114-3485
(216) 621-0200 (telephone)
(216) 696-0740 (facsimile)
*Pro Hac Vice* admission papers to be submitted

*Attorneys for Defendant EDS*


Date:  December 15, 2004


## CERTIFICATE OF SERVICE

A true copy of the foregoing Notice of Appearance was served upon Plaintiff's counsel Kevin G. Powers, Rogers, Powers & Schwartz L.L.P., via regular U.S. mail on the 15th day of December 2004.

s/ Leah M. Moore_____
Leah M. Moore