UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALBERTO OCANA
        Plaintiff,

v.

E.D.S. PERSONAL COMMUNICATIONS
CORPORATION
        Defendant.

Civil Action No. 04-CV12607(JLT)

### NOTICE OF CHANGE OF ADDRESS

Please take notice that effective December 24, 2004, the address for the undersigned counsel will be:

> Morgan, Brown & Joy, LLP
> 200 State Street, 11th Floor
> Boston, MA 02109-2605

The firm's phone number (617-523-6666) and fax number (617-367-3125) are not changing.

Respectfully submitted,

*[signature]*

Joseph P. McConnell (BBO # 566412)
jmcconnell@morganbrown.com
Leah M. Moore (BBO #658217)
lmoore@morgannrown.com
**Morgan, Brown & Joy LLP**
One Boston Place
Boston, Massachusetts 02108
617-523-6666 (Telephone)
617-367-3125 (Facsimile)

Martin T. Wymer (P43279)
mwymer@bakerlaw.com
Brett A. Wall (OH0070277)
bwall@bakerlaw.com
**BAKER & HOSTETLER LLP**
3200 National City Center
1900 East Ninth Street
Cleveland, OH 44114-3485
(216) 621-0200 (telephone)
(216) 696-0740 (facsimile)
*Pro Hac Vice* admission papers to be submitted

*Attorneys for Defendant EDS*

Date: December 21, 2004

### CERTIFICATE OF SERVICE

A true copy of the foregoing Notice of Change of Address was served upon Plaintiff's counsel Kevin G. Powers, Rogers, Powers & Schwartz L.L.P., via regular U.S. mail on the 21st day of December, 2004.

*[signature]*
Attorney for Defendant EDS