FILED
IN CLERKS OFFICE

2005 FEB -1  P 2: 19

U.S. DISTRICT COURT
DISTRICT OF MASS.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALBERTO OCANA, ) | CASE NO. 1:04-cv-12607-JLT |
| ) | |
| Plaintiff, ) | JUDGE JOSEPH L. TAURO |
| ) | |
| v. ) | |
| ) | |
| E.D.S. PERSONAL COMMUNICATIONS ) | **MOTION OF JOSEPH P.** |
| CORPORATION, ) | **MCCONNELL FOR LEAVE TO** |
| ) | **ADMIT MARTIN T. WYMER AND** |
| Defendant. ) | **KELLY M. KING TO PRACTICE IN** |
| ) | **A PARTICULAR CASE** |

Pursuant to Local Rule 83.5.3(b), Joseph P. McConnell, Esq., an attorney at the firm of Morgan, Brown & Joy, LLP, moves the Court for leave to allow Martin T. Wymer, Esq., and Kelly M. King, Esq., attorneys at the law firm of Baker & Hostetler LLP, Cleveland, Ohio, to practice before this Court on behalf of Defendant in the above-captioned matter.

In support of this Motion, the undersigned states:

1.  I am a member of the bar of this court, and have filed an appearance on behalf of the Defendant E.D.S. Personal Communications Corporation ("EDS").

2.  Attorney Wymer and Attorney King have executed certifications which comply with the provisions of Local Rule 83.5.3(b). Copies of these certifications are attached as Exhibits "A" and "B," respectively.

3.  The undersigned supports this application and shall also appear on behalf of the Defendant. Morgan, Brown & Joy LLP will receive service of pleadings, documents and communications from Plaintiff and the Court on behalf of the Defendant.

FILING FEE PAID:
RECEIPT # _____
AMOUNT $ _____
BY DPTY CLK _____
DATE _____

WHEREAS, the undersigned respectfully moves the Court to grant the present motion and allow Martin T. Wymer and Kelly M. King to appear on behalf of Defendant in the above matter.

Respectfully Submitted,

Joseph P. McConnell (BBO 566412)
Morgan Brown and Joy, LLP
One Boston Place
Boston, Massachusetts 02108
(617) 523-6666
(617) 367-3125 (fax)

Date: January 31, 2005

## PROOF OF SERVICE

A true copy of the foregoing Answer to Complaint was served upon Plaintiff's counsel, Kevin G. Powers, Rogers, Powers & Schwartz L.L.P., via regular U.S. mail, on the 31st day of January, 2005.

_____
Attorney for Defendant

BARRISTERS, 82058, 00173, 500733532.1, ocana mtn pro hac vice

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
FILED
IN CLERKS OFFICE
2005 FEB -1  P 2: 19
U.S. DISTRICT COURT
DISTRICT OF MASS
```

| | |
|---|---|
| ALBERTO OCANA, | ) CASE NO. 1:04-cv-12607-JLT |
| Plaintiff, | ) JUDGE JOSEPH L. TAURO |
| v. | ) |
| E.D.S. PERSONAL COMMUNICATIONS CORPORATION, | ) |
| Defendant. | ) |

**CERTIFICATION OF KELLY M. KING
FOR ADMISSION PRO HAC VICE**

I, Kelly M. King, hereby certify as follows:

1. I am an associate with the law firm of Baker & Hostetler LLP. My business address is 1900 East Ninth Street, 3200 National City Center, Cleveland, Ohio 44114-3485, and my business telephone number is (216) 861-7588.

2. I am a member in good standing and have been admitted to practice before the following courts: Supreme Court of Ohio (2003), the U.S. District Court Northern District of Ohio (2004), and the United States Court of Appeals for the Sixth Circuit (2004).

3. I am familiar with the Rules of this Court and I understand that I am charged with knowing and complying with these Rules. I have never been disciplined by any court for any reason. There are no pending disciplinary proceedings against me.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Kelly M. King

Dated:   Cleveland, Ohio
         January 27, 2005

BARRISTERS, 82058, 00173, 500733774.1, ocana kmk cert pro hac

```
                                                                    FILED
                                                               IN CLERKS OFFICE

                    IN THE UNITED STATES DISTRICT COURT 2005 FEB -1  P 2: 19
                        FOR THE DISTRICT OF MASSACHUSETTS
                                                               U.S. DISTRICT COURT
                                                                DISTRICT OF MASS.
```

| | | |
|---|---|---|
| ALBERTO OCANA, | ) | CASE NO. 1:04-cv-12607-JLT |
| | ) | |
| Plaintiff, | ) | JUDGE JOSEPH L. TAURO |
| | ) | |
| v. | ) | |
| | ) | |
| E.D.S. PERSONAL COMMUNICATIONS | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## CERTIFICATION OF MARTIN T. WYMER
## FOR ADMISSION PRO HAC VICE

I, Martin T. Wymer, hereby certify as follows:

1. I am a partner with the law firm of Baker & Hostetler LLP. My business address is 3200 National City Center, 1900 East Ninth Street, Cleveland, Ohio 44114-3485, and my business telephone number is (216) 621-0200.

2. I am a member in good standing and have been admitted to practice before the following courts: Supreme Court of Ohio (1984); Supreme Court of Michigan (1990); U.S. District Court for the Northern District of Ohio (1984); U.S. District Court for the Eastern District of Michigan (1990); U.S. District Court for the District of Colorado (2000); U.S. District Court for the Western District of Michigan (2001); U.S. Court of Appeals for the Sixth Circuit (1985); U.S. Court of Appeals for the Fifth Circuit (1990); U.S. Court of Appeals for the Eleventh Circuit (2002); U.S. Court of Appeals for the Third Circuit (2003); United States Supreme Court (1993).

3.  I am familiar with the Rules of this Court and I understand that I am charged with knowing and complying with these Rules. I have never been disciplined by any court for any reason. There are no pending disciplinary proceedings against me.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Martin T. Wymer

Dated:      Cleveland, Ohio
            January 27, 2005

BARRISTERS, 82058, 00173, 500733762.1, ocana mtw cert pro hac

2