IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALBERTO OCANA, | ) CASE NO. 1:04-cv-12607-JLT |
| Plaintiff, | ) JUDGE JOSEPH L. TAURO |
| v. | ) |
| E.D.S. PERSONAL COMMUNICATIONS CORPORATION, | ) **DEFENDANT ELECTRONIC DATA SYSTEMS CORPORATION'S PROPOSED STATEMENT PURSUANT TO LOCAL RULE 16.1** |
| Defendant. | ) |

Pursuant to Local Rule 16.1 of the United States District Court for the District of Massachusetts and in compliance with the Court's Order of February 3, 2005, Defendant Electronic Data Systems Corporation (misnamed in the Complaint as the defunct "E.D.S. Personal Communications Corporation") hereby submits the following Statement in the above-captioned action.[1]

## I. EDS' PROPOSED DISCOVERY PLAN

### A. Fact Depositions

EDS proposes that all written discovery and depositions be completed by June 30, 2005. EDS agrees to limit the number of fact depositions to ten (10) depositions for each side, pursuant to Local Rule 26.1(C). Any party that wishes to take more than ten depositions may not do so without permission of the Court. The limit on depositions set forth above shall not prevent any

---

[1] Following receipt of the Court's Order dated February 3, 2005, Defendant EDS unsuccessfully attempted to contact Plaintiff's counsel several times to confer regarding a Joint Statement, but Plaintiff's counsel has not responded to the two telephone messages and a telefaxed letter.

party from seeking a protective order, where appropriate, to preclude or limit any particular deposition.

### B.     Expert Depositions

In addition to the fact depositions, the Parties may also take expert depositions if necessary. Disclosure of expert witnesses shall be in accordance with applicable rules.

### C.     Written Discovery

EDS agrees to comply with the discovery event limitations set forth in Local Rule 26.1(C).

## II.    PRE-TRIAL SCHEDULE/SCHEDULE FOR FILING MOTIONS

EDS proposes the following pre-trial schedule:

1. Amend pleadings and add parties by April 1, 2005.

2. Plaintiff's Expert Report to be filed by June 1, 2005.

3. Defendant's Expert Report to be filed by June 30, 2005.

4. All expert discovery to be completed and all challenges to expert designations to be filed by July 29, 2005.

5. All fact discovery to be completed by June 30, 2005.

6. All dispositive motions to be filed by July 29, 2005.

7. Trial to be conducted in February, 2006.

8. A Pre-Trial Conference to be held, if appropriate, twenty-one (21) days after a decision on any Rule 56 motion.

## III.   CERTIFICATIONS

EDS' certification pursuant to Local Rule 16.1(D)(3) is attached hereto as Exhibit A.

**IV.     MAGISTRATE JUDGE**

Pursuant to Local Rule 16.1(B)(3), EDS does not agree to proceed before a Magistrate Judge on any matter in this action.

**V.      CERTIFICATION OF FILING OF INITIAL DISCLOSURES**

EDS certifies that it served its Initial Disclosures pursuant to Federal Rule of Civil procedure 26(a)(1) and the Court's February 4, 2005 Order on Plaintiff's counsel on February 22, 2005.

Respectfully submitted,

/s/ Leah M. Moore
Joseph P. McConnell (BBO 566412)
jmcconnell@morganbrown.com
Leah M. Moore (BBO 658217)
lmoore@morganbrown.com
Morgan, Brown & Joy LLP
One Boston Place
Boston, Massachusetts  02108
(617) 523-6666 (telephone)
(617) 367-3125 (facsimile)


Admitted *Pro Hac Vice*

/s/ Martin T. Wymer
Martin T. Wymer (OH0004004)
mwymer@bakerlaw.com
Kelly M. King (OH0076613)
kking@bakerlaw.com
BAKER & HOSTETLER LLP
3200 National City Center
1900 East Ninth Street
Cleveland, OH  44114-3485
(216) 621-0200 (telephone)
(216) 696-0740 (facsimile)

Attorneys for Defendant EDS Personal Communications Corporation

**PROOF OF SERVICE**

A true copy of the foregoing was served upon Plaintiff's counsel, Kevin G. Powers, Rogers, Powers & Schwartz L.L.P., via facsimile and regular U.S. mail, on the  22nd  day of February, 2005.

/s/ Leah M. Moore
Attorney for Defendant

2

BARRISTERS,  82058, 00173, 500759149.3, EDS' statement--Version 3

Case 1:04-cv-12607-JLT     Document 11     Filed 02/22/2005     Page 5 of 5

2

## LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), the undersigned hereby certify that EDS and its counsel have conferred:

(a)  with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and

(b)  to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

**DEFENDANT**

/s/ Suzy Arnold
Electronic Data Systems Corporation
Defendant


/s/ Martin T. Wymer
*Attorney for Defendant*