## LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), the undersigned hereby certify that EDS and its counsel have conferred:

(a)  with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and

(b)  to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

**DEFENDANT**

/s/ Suzy Arnold
Electronic Data Systems Corporation
Defendant


/s/ Martin T. Wymer
*Attorney for Defendant*