IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALBERTO OCANA, ) | CASE NO. 1:04-cv-12607-JLT |
| ) | |
| Plaintiff, ) | JUDGE JOSEPH L. TAURO |
| ) | |
| v. ) | |
| ) | |
| E.D.S. PERSONAL COMMUNICATIONS ) | |
| CORPORATION, ) | **PROPOSED JOINT STATEMENT** |
| ) | **PURSUANT TO LOCAL RULE 16.1** |
| Defendant. ) | |
| ) | |
| ) | |

Pursuant to Local Rule 16.1 of the United States District Court for the District of Massachusetts and in compliance with the Court's Order of February 3, 2005, Plaintiff Alberto Ocana ("Plaintiff") and Defendant Electronic Data Systems Corporation ("EDS") (misnamed in the Complaint as the defunct "E.D.S. Personal Communications Corporation") hereby submit their Proposed Joint Statement in the above-captioned action.

## I.   JOINT PROPOSED DISCOVERY PLAN

### A.   Fact Depositions

The parties propose that all written discovery and depositions be completed by June 30, 2005. The Parties agree to limit the number of fact depositions to ten (10) depositions for each side, pursuant to Local Rule 26.1(C). Any party that wishes to take more than ten (10) depositions may not do so without permission of the Court. The limit on depositions set forth above shall not prevent any party from seeking a protective order, where appropriate, to preclude or limit any particular deposition.

B.  **Expert Depositions**

In addition to the fact depositions, the Parties may also take expert depositions if necessary. Disclosure of expert witnesses shall be in accordance with applicable rules.

C.  **Written Discovery**

The Parties agree to comply with the discovery event limitations set forth in Local Rule 26.1(C). The Parties also agree to number consecutively, or Bates stamp, all documents produced.

II. **PRE-TRIAL SCHEDULE/SCHEDULE FOR FILING MOTIONS**

The Parties propose the following pre-trial schedule:

1. Amend pleadings and add parties by April 1, 2005.

2. Plaintiff's Expert Report to be filed by June 1, 2005.

3. Defendant's Expert Report to be filed by June 30, 2005.

4. All expert discovery to be completed and all challenges to expert designations to be filed by July 29, 2005.

5. All fact discovery to be completed by June 30, 2005.

6. All dispositive motions to be filed by July 29, 2005.

7. Trial to be conducted in February, 2006.

8. A Pre-Trial Conference to be held, if appropriate, twenty-one (21) days after a decision on any Rule 56 motion.

III. **CERTIFICATION**

EDS' certification pursuant to Local Rule 16.1(D)(3) is attached hereto as Exhibit A.

IV. **MAGISTRATE JUDGE**

Pursuant to Local Rule 16.1(B)(3), the Parties do not agree to proceed before a Magistrate Judge on any matter in this action.

V. **CERTIFICATION OF FILING OF INITIAL DISCLOSURES**

EDS certifies that it served its Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) and the Court's February 4, 2005 Order on Plaintiff's counsel on February 22, 2005. Plaintiff certifies that he served his Initial Disclosures on EDS on February 23, 2005.

Respectfully submitted,

/s/ Kevin G. Powers
Kevin G. Powers (BBO 405020)
Rodger, Powers & Schwartz, LLP
18 Tremont Street, Suite 500
Boston, Massachusetts

Attorney for Plaintiff Alberto Ocana

/s/ Joseph P. McConnell
Joseph P. McConnell (BBO 566412)
jmcconnell@morganbrown.com
Morgan, Brown & Joy LLP
One Boston Place
Boston, Massachusetts  02108
(617) 523-6666 (telephone)
(617) 367-3125 (facsimile)


Admitted *Pro Hac Vice*

/s/ Martin T. Wymer
Martin T. Wymer (OH0004004)
mwymer@bakerlaw.com
Kelly M. King (OH0076613)
kking@bakerlaw.com
BAKER & HOSTETLER LLP
3200 National City Center
1900 East Ninth Street
Cleveland, OH  44114-3485
(216) 621-0200 (telephone)
(216) 696-0740 (facsimile)

Attorneys for Defendant
Electronic Data Systems Corporation

3

BARRISTERS, 82058, 00173, 500764436.1, Joint Stmt 2-24-05