IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALBERTO OCANA, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 1:04-cv-12607-JLT |
| ) | |
| v. ) | |
| ) | **MOTION FOR LEAVE TO** |
| E.D.S. PERSONAL COMMUNICATIONS ) | **APPEAR *PRO HAC VICE*** |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

Pursuant to Local Rule 83.5.3(b), Leah M. Moore, Esq., an attorney at the firm of Morgan, Brown & Joy, LLP, moves the Court for leave to allow David A. Posner, Esq., an attorney at the law firm of Baker & Hostetler LLP, Cleveland, Ohio, to practice before this Court on behalf of Defendant in the above-captioned matter.

In support of this Motion, the undersigned states:

1. I am a member of the Bar of this Court, and have filed an appearance on behalf of the Defendant E.D.S. Personal Communications Corporation ("EDS").

2. Attorney Posner has executed a certification which complies with the provisions of Local Rule 83.5.3(b). A copy of the certification is attached as Exhibit "A".

3. The undersigned supports this application and shall also appear on behalf of the Defendant. Morgan, Brown & Joy LLP will receive service of pleadings, documents and communications from Plaintiff and the Court on behalf of the Defendant.

WHEREAS, the undersigned respectfully moves the Court to grant the present motion and allow David A. Posner to appear on behalf of Defendant in the above matter.

Respectfully Submitted,

s/ Leah M. Moore
Joseph P. McConnell (BBO # 566412)
Leah M. Moore (BBO # 658217)
**Morgan, Brown & Joy LLP**
200 State Street
Boston, Massachusetts 02109
617-523-6666 (Telephone)
617-367-3125 (Facsimile)

Date:   February 3, 2006

## CERTIFICATE OF SERVICE

A true copy of the foregoing Motion For Leave To Appear *Pro Hac Vice* was served upon Plaintiff's counsel, Kevin G. Powers, Rogers, Powers & Schwartz L.L.P., via regular U.S. mail, on the 3rd day of February, 2006.

s/ Leah M. Moore
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALBERTO OCANA, | ) CASE NO. 1:04-cv-12607-JLT |
| Plaintiff, | ) JUDGE JOSEPH L. TAURO |
| v. | ) |
| E.D.S. PERSONAL COMMUNICATIONS CORPORATION, | ) |
| Defendant. | ) |

**CERTIFICATION OF DAVID A. POSNER
FOR ADMISSION PRO HAC VICE**

I, David A. Posner, hereby certify as follows:

1. I am a partner with the law firm of Baker & Hostetler LLP. My business address is 3200 National City Center, 1900 East Ninth Street, Cleveland, Ohio 44114-3485, and my business telephone number is (216) 621-0200.

2. I am a member in good standing and have been admitted to practice before the following courts: United States Supreme Court (2002); United States Court of Appeals for the Fifth Circuit (1992); United States Court of Appeals for the Sixth Circuit (1990); United States District Court for the Western District of Michigan (2005); United States District Court for the Southern District of Ohio (2003); United States District Court for the Eastern District of Michigan (1994); United States District Court for the Northern District of Ohio (1990); and Ohio Supreme Court (1989).

3.  I am familiar with the Rules of this Court and I understand that I am charged with knowing and complying with these Rules. I have never been disciplined by any court for any reason. There are no pending disciplinary proceedings against me.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                        David A. Posner

Dated:    Cleveland, Ohio
           January __30__, 2006

82058, 00173, 501000874.1, ocana dap cert pro hac