UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ALBERTO OCANA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 04-12607-JLT |
| | * | |
| E.D.S. PERSONAL | * | |
| COMMUNICATIONS CORPORATION, | * | |
| | * | |
| Defendant. | * | |

ORDER

February 28, 2006

TAURO, J.

After a Scheduling Conference held on February 27, 2006, this court hereby orders that:

1. Plaintiff may depose the following: (1) Kim Chambers; (2) Terrie Rixman; (3) Tina Rixman; (4) Kirk Vance; (5) Luz Maria Guerra; (6) Eric La Fleur; (7) Heather Westcott; (8) Joyce Fitzpatrick; (9) James Mundus; (10) Alejandro Sanchez; (11) Wendy Scola; and (12) Ramesh Gantyalaleva;

2. Defendant may depose: (1) Alberto Ocana;

3. The Parties shall complete the abovementioned depositions by June 30, 2006;

4. No further discovery is permitted without leave of this court; and

5. A Further Conference is scheduled for July 11, 2006, at 10:30 a.m.

IT IS SO ORDERED.

   /s/ Joseph L. Tauro
United States District Judge