UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

"FILED IN OPEN COURT"

2/27/06

Docket No. 1:04-CV-12607-JLT

| | |
|---|---|
| ALBERTO OCANA,<br>Plaintiff<br><br>v.<br><br>E.D.S. PERSONAL<br>COMMUNICATIONS<br>CORPORATION,<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFF'S LIST OF INDIVIDUALS TO BE DEPOSED

1. Kim Chambers

2. Terrie Rixman

3. Tina Rixman

4. Kirk Vance

5. Luz Maria Guerra

6. Eric La Fleur

7. Heather Westcott

8. Joyce Fitzpatrick

9. James Mundus

10. Alejandro Sanchez

11. Wendy Scola

12. Ramesh Gantyalaleva

Respectfully submitted,

Alberto Ocana
By his Attorneys,

Kevin G. Powers, BBO #405020
Linda Evans, BBO #635078
Rodgers, Powers & Schwartz LLP
18 Tremont Street
Boston, MA 02108
(617) 742-7010