IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALBERTO OCANA, ) | CASE NO. 1:04-cv-12607-JLT |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **DEFENDANT ELECTRONIC DATA** |
| E.D.S. PERSONAL COMMUNICATIONS ) | **SYSTEMS CORPORATION'S** |
| CORPORATION, ) | **MOTION TO COMPEL** |
| ) | **PRODUCTION OF DOCUMENTS** |
| Defendant. ) | |
| ) | |

NOW COMES Defendant Electronic Data Systems Corporation ("EDS"), by and through its attorneys and pursuant to Rule 37 of the Federal Rules of Civil Procedure and respectfully requests that this Honorable Court enter an Order compelling Plaintiff Alberto Ocana ("Ocana" or "Plaintiff") to produce documents required by Rule 26(a)(1)(C) of the Federal Rules of Civil Procedure and Local Rule 26.3, which encourages parties to engage in an initial phase of discovery to enable the parties to assess their cases. In support of the present Motion, EDS submits that Plaintiff has failed to produce documents regarding his computation of damages. In further support of the present Motion, EDS relies upon the attached Memorandum of Law as though incorporated herein by reference.

Pursuant to Rule 37(a)(2)(A) of the Federal Rules of Civil Procedure and Local Rule 37.1, EDS hereby certifies that it has, through its counsel, made a good faith effort to resolve this matter with Ocana's counsel. Specifically, EDS' counsel has spoken and corresponded with

Ocana's counsel about his failure to produce documents as required by Rule 26. Although Ocana's counsel indicated he would follow up with EDS' counsel regarding his deficient Rule 26 disclosures by April 6, 2006, he has not done so. Accordingly, EDS now files this Motion.

For the reasons stated herein and in the attached Memorandum of Law, EDS respectfully requests this Honorable Court grant its Motion to Compel and award EDS $800 in reasonable fees and expenses incurred in obtaining the Order.

Respectfully Submitted,

s/ *Kelly M. King*_____
David A. Posner (admitted *pro hac vice*)
dposner@bakerlaw.com
Kelly M. King (admitted *pro hac vice*)
kking@bakerlaw.com
Baker & Hostetler LLP
3200 National City Center
1900 East Ninth Street
Cleveland, OH 44114-3485
(216) 621-0200 (telephone)
(216) 696-0740 (facsimile)

Joseph P. McConnell (BBO 566412)
Leah M. Moore (BBO 658217)
Morgan Brown and Joy, LLP
200 State Street
Boston, Massachusetts 02109
(617) 523-6666
(617) 367-3125 (fax)

Attorneys for Defendant
Electronic Data Systems Corporation

**PROOF OF SERVICE**

    I hereby certify that a true copy of the foregoing Defendant Electronic Data Systems Corporation's Motion to Compel Production of Documents was filed electronically on the 20th day of April, 2006. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system

s/ *Kelly M. King*
Attorney for Defendant

82058, 00173, 501056387.1