# RODGERS, POWERS & SCHWARTZ LLP

18 Tremont Street
Boston, MA 02108
Tel. (617) 742-7010
Fax (617) 742-7225

*ATTORNEYS AT LAW* FILED
ERKS OFFICE

2006 MAY 18 ₽ 12: 35

U.S. DISTRICT COURT
DISTRICT OF MASS

Kevin G. Powers
kgpowers@theemploymentlawyers.com

May 17, 2006

Kelly M. King Esq.
3200 National City Center
1900 East 9th Street
Cleveland, OH 44114-3485

Re:    Ocana v. EDS Personal Communications Corporation
       C.A. No. 04-4429

Dear Kelly:

In response to your request for additional documents enclosed please find

bates stamp numbers 89 to 133. These documents include Mr. Ocana's resume and

all documents presently available evidencing Mr. Ocana's job search.

These documents have been produced as a supplement to the 88 pages of

documents previously provided to you.

Mr. Ocana was out of work from on or about October 11, 2002 until March

2003. During those eighteen months he had lost wages of $79,499. In March of

2003 Mr. Ocana became employed at a salary higher than his salary at EDS.

Harvey A. Schwartz, P.C.
Kevin G. Powers
Elizabeth A. Rodgers
Jonathan J. Margolis
Robert S. Mantell
Linda Evans
Laurie A. Frankl
Sara Smolik

www.TheEmploymentLawyers.com

RODGERS,  POWERS & SCHWARTZ LLP

Page 2

If you have any questions, please feel free to call.

Sincerely,

Kevin G. Powers

Cc  Clerk Zita Lovett

enclosure

U:wordoc/ocana/king 5.15.06