IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALBERTO OCANA, <br><br> Plaintiff, <br><br> v. <br><br> E.D.S. PERSONAL COMMUNICATIONS CORPORATION, <br><br> Defendant. | CASE NO. 1:04-cv-12607-JLT <br><br><br><br> **DEFENDANT ELECTRONIC DATA SYSTEMS CORPORATION'S MOTION FOR SANCTIONS** |

NOW COMES Defendant Electronic Data Systems Corporation ("EDS"), by and through its attorneys and pursuant to Rule 37 of the Federal Rules of Civil Procedure and respectfully requests that this Honorable Court enter an Order:

1. Barring Plaintiff from seeking damages for emotional distress;

2. Barring Plaintiff from presenting evidence of back pay damages;

3. Barring Plaintiff from presenting evidence in support of his claims which is described in his personal notes made during his employment with EDS; and

4. Ordering Plaintiff to pay $3012.5 representing EDS' costs and attorneys' fees incurred in preparing its Motion to Compel and the instant Motion.

In support of the present Motion, EDS submits that Plaintiff has failed to produce documents regarding his computation of damages and belatedly produced documents which should have been identified in his Rule 26 disclosures. In further support of the present Motion, EDS relies upon the attached Memorandum of Law as though incorporated herein by reference.

Pursuant to Rule 37(a)(2)(A) of the Federal Rules of Civil Procedure and Local Rule 37.1, EDS hereby certifies that it has, through its counsel, made a good faith effort to resolve this matter with Mr. Ocana's counsel.  Specifically, EDS' counsel has corresponded with Mr. Ocana's counsel about his failure to produce documents as required by Rule 26 and this Honorable Court's May 10, 2006 Order granting EDS' Motion to Compel.  Although Mr. Ocana has partially complied with the Court's Order, he has failed to provide complete information to date.  Accordingly, EDS now files this Motion.

For the reasons stated herein and in the attached Memorandum of Law, EDS respectfully requests this Honorable Court grant its Motion for Sanctions and award EDS $2252.50 in reasonable fees and expenses incurred in obtaining the Order.

Respectfully Submitted,

s/ *Kelly M. King*_____
David A. Posner (admitted *pro hac vice*)
dposner@bakerlaw.com
Kelly M. King (admitted *pro hac vice*)
kking@bakerlaw.com
Baker & Hostetler LLP
3200 National City Center
1900 East Ninth Street
Cleveland, OH 44114-3485
(216) 621-0200 (telephone)
(216) 696-0740 (facsimile)

Joseph P. McConnell (BBO 566412)
Morgan Brown and Joy, LLP
200 State Street
Boston, Massachusetts 02109
(617) 523-6666
(617) 367-3125 (fax)

Attorneys for Defendant
Electronic Data Systems Corporation

**PROOF OF SERVICE**

    I hereby certify that a true copy of the foregoing Defendant Electronic Data Systems Corporation's Motion for Sanctions was filed electronically on the 27th day of June, 2006. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system

s/ *Kelly M. King*  
Attorney for Defendant

82058, 00173, 501106043.1