UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALBERTO OCANA, | * |
| Plaintiff, | * |
| v. | * Civil Action No. 04-12607-JLT |
| E.D.S. PERSONAL COMMUNICATIONS CORPORATION, | * |
| Defendant. | * |

ORDER

July 11, 2006

TAURO, J.

After a Conference held on July 11, 2006, this court hereby orders that:

1. Defendant may continue the deposition of Plaintiff;

2. Defendant shall complete the abovementioned deposition by August 15, 2006;

3. Plaintiff shall produce Plaintiff's medical records to Defendant as discussed in open court;

4. The parties shall complete all discovery by August 15, 2006; and

5. A Final Pretrial Conference is scheduled for September 20, 2006 at 10:00 a.m.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge