UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-12607-JLT

| | |
|---|---|
| ALBERTO OCANA,<br>　　　Plaintiff | )<br>)<br>)<br>) |
| v. | )<br>) |
| E.D.S. PERSONAL<br>COMMUNICATIONS,<br>　　　Defendant | )<br>)<br>)<br>) |

### PLAINTIFF'S ASSENTED TO MOTION TO VOLUNTARILY DISMISS HIS COMPLAINT WITH PREJUDICE OR WITHOUT COST AND ATTORNEY'S FEES

Now comes the Plaintiff and requests that he be allowed to voluntarily dismiss, with prejudice, his complaint. The Plaintiff further requests that the dismissal is entered without costs to either party.

As grounds for the above, the Plaintiff states:

1) The Plaintiff is living and working in New York City. He finds it difficult to pursue his case due to his finances, his New York location and the fact that he cannot get time to come to Boston when needed for depositions.

2) The Court's order of July 11, 2006 has ordered the Plaintiff to produce his entire journal for a period of time. The journal contains highly personal information that the Plaintiff is very uncomfortable producing.

3) The Court's order of July 11, 2006 requires the Plaintiff to produce medical records of his therapist. The therapy notes may contain very personal information that the Plaintiff does not want released.

4) The Plaintiff would rather end this litigation than provide information of a highly personal nature.

For all the above reasons, the Plaintiff requests that the Court dismiss his case with prejudice.

        The Plaintiff
By his Attorney,

*/s/ Kevin Powers*
Kevin G. Powers
BBO# 405020
Rodgers, Powers & Schwartz LLP
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 742-7010